UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 16-8764 DSF (AGRx) | Date | 1/17/17 |
| Title | Global Health Solutions LLC v. Steriweb Medical, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order re Stipulation for Order of Preliminary Injunction (Dkt. No. 32)

The Proposed Order provides in part (at page 2): "Defendants . . . along with . . . all other persons . . . including persons involved with Defendants' operation of an internet business (*e.g.*, PayPal, American Express, Amazon.com, eBay, UPS, Federal Express, Youtube.com, website/domain name hosts) . . . are hereby restrained and enjoined until further Order of the Court as follows: . . .."

The Court has no idea whether any of these named entities has ever engaged in any of the conduct proposed to be prohibited or intends to do so in the future. However, none of these entities appears to have been served with the proposed stipulated injunction, much less agreed to it. The parties should provide a proposed order that removes this language or provide both a factual and legal basis for including this language in the proposed order.

IT IS SO ORDERED.