# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL HEALTH SOLUTIONS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>STERIWEB MEDICAL, LLC, a Washington limited liability company, R&S RESEARCH, LLC, a California limited liability company, BERTRAM P. ROSENTHAL, an individual, and AIME MEDICAL, INC., a Florida corporation, inclusive,<br><br>Defendants. | Case No. 2:16-cv-08764-DSF-AGRx<br><br>**ORDER GRANTING STIPULATION FOR ORDER OF PRELIMINARY INJUNCTION** |

The Court, having considered Plaintiff's Motion for Preliminary Injunction (Dkt. #28) and the parties' Stipulation for Order of Preliminary Injunction, and good cause appearing therefor, makes the following findings:

1. Plaintiff is likely to prevail on the merits of its claims for false advertising and unfair competition under Section 45(a) of the Lanham Act (15 U.S.C. § 1125(a)) and California's Unfair Competition Law and False Advertising Law (Bus. & Prof. Code §§ 17200, 17500);

55587905.2

2. Absent a preliminary injunction, Plaintiff is likely to suffer irreparable harm as a result of the alleged false advertising and unfair competition, including but not limited to the diminishment of its goodwill, investment in its product and sales position under the Food, Drug & Cosmetic Act ("FDCA");

3. The balance of hardships weighs in favor of the proposed preliminary injunction, which ensures compliance with the FDCA and an even playing field between two manufacturers of anti-microbial gel products; and

4. The public interest weighs in favor of an injunction against false advertising and unfair competition and in favor of the protection of the health and safety of consumers.

Therefore, **IT IS ORDERED**:

Defendants SteriWeb Medical, LLC, R&S Research, LLC ("R&S") and Bertram P. Rosenthal (collectively, Defendants); their officers, agents, servants, employees, and attorneys; and other persons who are in active concert or participation with any of them are restrained and enjoined until further Order of the Court as follows:

**Labeling**

1. From omitting any ingredient from the labeling of Omnicide or any other antimicrobial gel manufactured, distributed and/or sold by Defendants, including the physical and electronic versions of such labeling, regardless of whether the ingredient is an active or inactive ingredient;

2. Except as agreed below, from making any efficacy claim in or on product labeling of Omnicide or any other antimicrobial gel manufactured, distributed and/or sold by Defendants, including in or on tubes, boxes or other packaging, or any product insert or instructional information in any packaging of Omnicide or any other antimicrobial gel, including the following claims made by Defendants in or on product labeling:

55587905.2

- "First new FDA approved topical Antimicrobial in over 40 years";
- "Kills MRSA in 40 seconds or less";
- "Effective against most bacteria, yeasts, molds and fungi";
- "No known resistance";
- "Doctor recommended"; and
- "Speeds healing."

The parties agree that, provided Defendants have adequate substantiation supporting the claim, Defendants may include on product labeling for Omnicide or any other antimicrobial gel manufactured, distributed and/or sold by Defendants, that the product is indicated to "to help prevent, decrease or reduce the risk or chance of, or guard or protect against, infection, bacterial contamination, or skin infection in minor cuts, scrapes, and burns," or substantially similar language.

### Advertising & Promotion

3. From advertising, marketing, promoting or selling Omnicide, or any other antimicrobial gel, in any way with any of the following claims, or any claims substantially similar to these claims, regardless of the medium, *i.e.,* whether on any package, product, website (*e.g.,* SteriWeb.com, Amazon.com, Ebay.com, Youtube.com, etc.) or other form of commercial advertising or promotion:

- "FDA-Approved";
- "Fully evaluated by the FDA";
- "Clinically-proven";
- "Superior to any other antimicrobial gel";
- "Essentially the same as CurX";
- "Eliminates All Causes of Infections";
- "Eliminates all infections caused by harmful bacteria, fungi, molds or yeasts";
- "Eliminates MRSA and all other Staph Infections on contact";

3

55587905.2

- "[E]liminat[es] 99.99% of all bacteria, fungi, molds and yeasts";
- "A non-toxic, topical antimicrobial gel without any known resistance by even the most dangerous bacteria including MRSA, VRE, and CRE";
- "Kills MRSA in 40 seconds or less";
- "No known resistance";
- "[H]eal[s] all your wounds 100x's faster than any other leading brand... Guaranteed!";
- "Effective for a minimum of one week";
- "2 year shelf life"; and
- "No other First Aid product can make these claims."

4. From advertising, marketing or promoting SteriWeb, any officer, director and/or owner of SteriWeb, and/or any commonly owned business (*e.g.,* R&S) in any way with any of the following claims, or any claims substantially similar to these claims, regardless of the medium, *i.e.,* whether on any package, product, website or other form of commercial advertising or promotion:

- As residing in a large commercial office building; and
- As being the inventor of an antimicrobial gel with a patent pending covering the product;

5. From advertising, marketing, promoting or selling Omnicide or any antimicrobial gel with any efficacy claims (a) that are not substantiated with product-specific testing if the claim is about the product, and (b) that are not substantiated with other competent and reliable scientific evidence if the efficacy claim is limited to the ingredients in the product; and

6. From advertising, marketing, promoting or selling any drug with an active ingredient or combination of active ingredients that is not the subject of a final monograph under the Food, Drug & Cosmetic Act, including but not limited to Omnicide, unless (a) the safety, stability, shelf-life, and efficacy of the drug's indicated uses and advertised claims are substantiated with competent and reliable

4

55587905.2

product-specific studies in Defendants' possession that were conducted by independent laboratories and investigators, including batch-testing that corresponds to lot numbers and certificates of analysis of each lot produced, and (b) the drug is formulated, manufactured, filled, packaged, repackaged, and distributed at/by registered, licensed and/or certified facilities in accordance with state and federal laws, including the Good Manufacturing Practices under the FDCA (to avoid any confusion, without proper licensure, R&S is not permitted to manufacture, produce, package, repackage, or distribute any drug for SteriWeb, and this prohibition covers the loading tubes of Omnicide in boxes with package inserts).

It is **FURTHER ORDERED** that this Order of Preliminary Injunction shall (a) become immediately effective, (b) be viewed and treated as any other preliminary injunction order issued under Federal Rule of Civil Procedure 65, and (c) remain in effect until further order of the Court or entry of judgment by the Court.

**IT IS SO ORDERED.**

Dated: 1/23/17

_____
Dale S. Fischer
United States District Judge

55587905.2